# EXHIBIT A-1

Print

☐ Display Disclosures in Report

Ethan Harter
Address  510 Hillsborough Rd

Carrboro, NC 27510, US

Gender  Male

| | |
|---|---|
| Date/time | 6/8/2016 4:08:21 PM |
| RealPage Applicant Screening | (866)934-1124 |
| Birth date | 8/22/xxxx |
| SSN / ITIN | xxx-xx-8219 |
| Driver's license | NC xxxxx1225 |

**TeleCheck report** Run date **7/11/2015** For more information, please have the Record ID available and call TeleCheck at (800) 366-2425.

| | | |
|---|---|---|
| Name: **Ethan Harter** | <TD< td> Details: **APPROVED 4174** | Source: TeleCheck |
| Record ID: 0 | Response: **Approved** | |

**Credit report**

| | | |
|---|---|---|
| Name  **ETHAN HARTER** | File date  **2013-07** | Run date  7/11/2015 |
| SSN  xxx-xx-8219 | Birth date  8/22/xxxx | Source  Equifax |
| | | Beacon:  **646** |

**Credit bureau warning message**

| EquifaxSAFESCAN |
|---|
| EFX: (code: S) ID SCAN: Identity Scan did not detect any alerts |
| SpecialAlert_ADDRESSDISCREPANCY - Input address does not match on-file address |
| ** FACTA notice: Substantial DISCREPANCY with input address. |
| * SSN Information: /SSN on MDB File: xxx-xx-8219(Verified)/ SSN on Inquiry: xxx-xx-8219/ Date Issued: 00-1994 in State: CA |

**Name Variation**

| Name |
|---|
| |

**Previous addresses**

| Address | County | Reported Dates |
|---|---|---|
| Current Address:510 Hillsborough Rd Carrboro NC 27510 | Orange County | |
| Previous Address:5800 W FRIENDLY AVE GREENSBORO NC 27410 | Guilford County | From: 2013-10 To: 2013-07 |
| Previous Address:1544 HOLBROOK CT ALBEMARLE NC 28001 | Stanly County | From: 2015-07 To: 2014-12 |

**FICO**

| Scoring Factors |
|---|
| Derogatory public record or collection filed |
| Length of time accounts have been established |
| Lack of recent revolving account information |
| Length of time since derogatory public record or collection is too short |
| THE NUMBER OF INQUIRIES ON FILE ADVERSELY AFFECTED THE SCORE |

**Financial detail totals**
, Medical, Student Loan, Bankruptcy, Rental Collections

| Applicant | FICO | Credit lmt | Unpaid bal | Open amt | Mthly pymt | 30 | 60 | 90 | Pos | Neg | Non | Inquiries |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ETHAN HARTER | Equifax-Beacon: 646 | 0 | 14309 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 1 |

**Financial detail**

| **1. CAMPUS PARTNERS** | Payment Pattern:  **CCCCCCC**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | | Rating: **Pos** |
|---|---|---|---|
| Acct#:(\*\*\*\*\*\*\*\*\*\*4201) | 90 Days Late: | Open Amt: | Status: **Open** |
| Type: **Educational  (Installment)** | 60 Days Late: | Current Limit: | Opened: **2011-08** |
| Comment:**AsAgreed** | 30 Days Late: | Current Balance: **$14,000.00** | Reported: **2015-06** |
| Notes: Ignored; settings filter out Educational | | Monthly Pmt: | Activity: **2015-06** |

| **2.** | Payment Pattern: | | Rating: **Neg** |
|---|---|---|---|
| Acct#:(\*\*\*\*\*1185) | 90 Days Late: | Open Amt: | Status: **Closed** |
| Type: **Collection  (Unknown)** | 60 Days Late: | Current Limit: | Opened: |
| Comment:**Collection** | 30 Days Late: | Current Balance: **$309.00** | Reported: **2013-06** |
| Notes: Ignored; settings filter out Medical | | Monthly Pmt: | Activity: |

**Credit inquiries**



EXHIBIT
A-1

REALPAGE 00378

| Party Inquiring | Date |
|---|---|
| US DEPARTMENT OF EDU | 2015-06-30 |

Criminal reportRun date 7/11/2015
**Offender information**

| ID | Jur code | Name | Birth date | SSN | Photo/Description |
|---|---|---|---|---|---|
| 1 | NCAOC | HARTER, ETHAN B | 8/22/xxxx | | SEX: m RACE_ETHNIC: white |

**Offense information** - ID column indicates association between offender and offense

| ID | Jur code | Disposition | Class | Charge | Offense/File date | ORIC/County | Note |
|---|---|---|---|---|---|---|---|
| 1 | NCAOC | | | NOT PROVIDED | 03/11/2011 | MONTGOMERY \| Case#700487 | |

**Source and Vendor Information**

| Jur Code | Source | Vendor Information |
|---|---|---|
| NCAOC | North Carolina Courts | Genuine Data Services, LLC |

**For more information on criminal codes, click here.**

| Criminal Records Searched |
|---|
| National Criminal Database |
| Sex Offender Registry |
| National Wanted Terrorist/Fugitive Database |
| Disclosure From Jurisdictions Returning Results |

Suits & Judgments for Eviction, Possession and/or Non-Payment of Rent ReportNo eviction filings and/or judgments found for this applicant
LeasingDesk InquiriesConsumer inquiries over the last 12 months
Important informationTelecheck Report
Credit Report
Criminal Disclosure
Eviction Report