# EXHIBIT A-2

Ethan B Harter

| | | | |
|---|---|---|---|
| Address | 510 Hillsborough Rd | Date/time | 7/13/2015 1:13:37 PM |
| | Carrbiri, NC 27510, US | RealPage Applicant Screening | (866)934-1124 |
| | | Birth date | 08/22/1992 |
| | | SSN / ITIN | xxx-xx-8219 |
| | | Driver's license | NC xxxxx1225 |
| Gender | | | |

TeleCheck reportRun date 7/12/2015For more information, please have the Record ID available and call TeleCheck at (800) 366-2425.

| | | |
|---|---|---|
| Name: Ethan B Harter<TD< td> | Details: APPROVED 4238 | Source: TeleCheck |
| Record ID: 0 | Response: Approved | |

Credit report

| | | | | | | |
|---|---|---|---|---|---|---|
| Name | ETHAN HARTER | File date | 2013-07 | | Run date | 7/12/2015 |
| SSN | xxx-xx-8219 | Birth date | 1992-08-22 | | Source | Equifax |
| | | | | | Beacon: | 646 |

### Credit bureau warning message

| EquifaxSAFESCAN |
|---|
| EFX: (code: S) ID SCAN: Identity Scan did not detect any alerts |
| SpecialAlert_ADDRESSDISCREPANCY - Input address does not match on-file address |
| ** FACTA notice: Substantial DISCREPANCY with input address. |
| * SSN Information: /SSN on MDB File: xxx-xx-8219(Verified)/ SSN on Inquiry: xxx-xx-8219/ Date Issued: 00-1994 in State: CA |

### Name Variation

| Name |
|---|
| ETHAN HARTER |

### Previous addresses

| Address | County | Reported Dates |
|---|---|---|
| Current Address:510 Hillsborough Rd Carrbiri NC 27510 | Orange County | |
| Previous Address:5800 W FRIENDLY AVE GREENSBORO NC 27410 | Guilford County | From: 2013-10 To: 2013-07 |
| Previous Address:1544 HOLBROOK CT ALBEMARLE NC 28001 | Stanly County | From: 2015-07 To: 2014-12 |

### FICO

| Scoring Factors |
|---|
| Derogatory public record or collection filed |
| Length of time accounts have been established |
| Lack of recent revolving account information |
| Length of time since derogatory public record or collection is too short |
| THE NUMBER OF INQUIRIES ON FILE ADVERSELY AFFECTED THE SCORE |

### Financial detail totals
, Medical, Student Loan, Bankruptcy, Rental Collections

| Applicant | FICO | Credit lmt | Unpaid bal | Open amt | Mthly pymt | 30 | 60 | 90 | Pos | Neg | Non | Inquiries |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ETHAN B HARTER | Equifax-Beacon: 646 | 0 | 14309 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 2 |

### Financial detail

| 1. CAMPUS PARTNERS | Payment Pattern: CCCCCCC | | Rating: Pos |
|---|---|---|---|
| Acct#:(*********4201) | 90 Days Late: | Open Amt: | Status: Open |
| Type: Educational (Installment) | 60 Days Late: | Current Limit: | Opened: 2011-08 |
| Comment:AsAgreed | 30 Days Late: | Current Balance: $14,000.00 | Reported: 2015-06 |
| Notes: Education | | Monthly Pmt: | Activity: 2015-06 |

| 2. | Payment Pattern: | | Rating: Neg |
|---|---|---|---|
| Acct#:(*****1185) | 90 Days Late: | Open Amt: | Status: Closed |


EXHIBIT A-2

REALPAGE 00382

| Type: Collection (Unknown) | 60 Days Late: | Current Limit: | Opened: |
| Comment:Collection | 30 Days Late: | Current Balance: $309.00 | Reported: 2013-06 |
| Notes: Ignored; settings filter out Medical | | Monthly Pmt: | Activity: |

**Credit inquiries**

| Party inquiring | Date |
|---|---|
| REALPAGE INC | 2015-07-11 |
| US DEPARTMENT OF EDU | 2015-06-30 |

Criminal reportRun date 7/12/2015
**Offender information**

| ID | Jur code | Name | Birth date | SSN | Photo/Description |
|---|---|---|---|---|---|
| 1 | NCAOC | HARTER, ETHAN B | 08/22/1992 | | SEX: m RACE_ETHNIC: white |

**Offense information** - ID column indicates association between offender and offense

| ID | Jur code | Disposition | Class | Charge | Offense/File date | ORI C/County | Note |
|---|---|---|---|---|---|---|---|
| 1 | NCAOC | | | NOT PROVIDED | 03/11/2011 | MONTGOMERY | Case#700487 | |

**Source and Vendor Information**

| Jur Code | Source | Vendor Information |
|---|---|---|
| NCAOC | North Carolina Courts | Genuine Data Services, LLC |

For more information on criminal codes, click here.

| Criminal Records Searched |
|---|
| National Criminal Database |
| National Sex Offender Registry |
| National Wanted Terrorist/Fugitive Database |
| Disclosure From Jurisdictions Returning Results |

Suits & Judgments for Eviction, Possession and/or Non-Payment of Rent ReportNo eviction filings and/or judgments found for this applicant

LeasingDesk InquiriesConsumer inquiries over the last 12 months
Important informationTelecheck Report
Credit Report
Criminal Disclosure
Eviction

3530342 Helios 10149

REALPAGE 00383