# EXHIBIT A-5



Welcome, jennifer (Log out)

- Order Products
- Order Packages
- Manage Reports
- Inbox
- Batches
- My Account
- Support

## Report # 118809661

**Prepared for BGC Direct- RealPage - Statewides**

You certified that you were ordering this report text to display based on user's resale intent for evaluation of the subject of the report in connection with the subject renting residential property.

Except for instant database searches, we finished collecting a criminal record from a source on the end of the date range shown as the dates searched for that source. This information may include criminal records that have been expunged, sealed, or otherwise inaccessible to the public since that date.

This report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report. If the consumer seeks to obtain a copy of this report or to review his or her file, we will provide the consumer a written notice in simple, plain English and Spanish of his or her right to receive all disclosures required by California law.



EXHIBIT A-5

Go back to My Dashboard | Go back to My Reports

harter, ethan SSN: N/A DOB: 8/22/XXXX

N/A

- View Notes
- View Report Details
- Add Additional Searches to this Report
- Forward this Report
- Print this Report
- Download Dispute Form

## Results Summary

| | | | |
|---|---|---|---|
| Report Status | Fulfillment Complete | | Ordered 7/13/2015 2:20 PM EDT |
| **Product** | **Subject** | **Details** | **Status** |
| Statewide Criminal | harter, ethan | North Carolina | Completed 7/13/2015 2:22 P |

Report Notes
Add a note to this report

### Statewide Criminal - #208295415

harter, ethan

SSN: N/A
DOB: 8/22/XXXX

**North Carolina Status: Completed**

Years searched back: 7 Years Only

Verified by DOB, Name

RECORD LOCATED: RICHMOND COUNTY
PLEASE NOTE MIDDLE NAME FOUND ON FILE
ADDRESS ON FILE: 1544 HOLBROOK CT ALBEMARLE NC

Case # 01760RICHMOND2010CR703581 File Date: 9/24/2010 Disposition Date: 10/26/2010
File Name: HARTER, ETHAN BROOKS

**Count : SPEEDING 060/55**

- Degree of Offense: INFRACTIONS
- Disposition: PLEA RESPONSIBLE TO LESSER / RESPONSIBLE
- Disposition Date: 10/26/2010
- Fines: $100.00
- Court Costs: $141.00

- Offense Date: 9/24/2010 12:00:00 AM

    Notes: Offense Modifier: CONVICTED
    Case Year: 2010
    Case Sequence: 703581
    Case Type: CR
    Count: 01
    Statute: 20-141(B)
    Offense Date: 2010-09-24
    Statute: 20-141(B)
    Jurisdiction: North Carolina Admin Office of Courts

    Source: BGCD

Verified by DOB, Name

RECORD LOCATED: STANLY COUNTY
PLEASE NOTE MIDDLE NAME FOUND ON FILE
ADDRESS ON FILE: 1544 HOLBROOK CT ALBEMARLE NC

Case #:01830STANLY2009CR700805 File Date: 3/22/2009 Disposition Date: 6/9/2009
File Name: HARTER, ETHAN BROOKS

### Count : FAILURE COMPLY LICENSE RESTRICTIONS

- Degree of Offense: TRAFFIC MISDEMEANOR
- Disposition: PLEA GUILTY / GUILTY
- Disposition Date: 5/1/2009
- Fines: $50.00
- Court Costs: $121.00
- Offense Date: 3/22/2009 12:00:00 AM

    Notes: Offense Modifier: CONVICTED
    Case Year: 2009
    Case Sequence: 700805
    Case Type: CR
    Offense Class: 2
    Count: 01
    Statute: 20-7(E)
    Offense Date: 2009-03-22
    Statute: 20-7(E)
    Jurisdiction: North Carolina Admin Office of Courts

    Source: BGCD

Verified by DOB, Name

RECORD LOCATED: STANLY COUNTY
PLEASE NOTE MIDDLE NAME FOUND ON FILE
ADDRESS ON FILE: 1544 HOLBROOK CT ALBEMARLE NC

Case #:01830STANLY2010CR705261 File Date: 12/3/2010 Disposition Date: 2/8/2011
File Name: HARTER, ETHAN BROOKS

### Count : OPERATE VEHICLE NO INSURANCE

- Degree of Offense: TRAFFIC MISDEMEANOR
- Disposition: DISMISSED
- Disposition Date: 2/8/2011
- Offense Date: 12/3/2010 12:00:00 AM

Notes: Offense Modifier: ARRAIGNED
Case Year: 2010
Case Sequence: 705261
Case Type: CR
Count: 01
Statute: 20-313(A)
Offense Date: 2010-12-03
Statute: 20-313(A)
Jurisdiction: North Carolina Admin Office of Courts

Source: BGCD

## Count : CANCL/REVOK/SUSP CERTIF/TAG

- Degree of Offense: TRAFFIC MISDEMEANOR
- Disposition: DISMISSED
- Disposition Date: 2/8/2011
- Offense Date: 12/3/2010 12:00:00 AM

Notes: Offense Modifier: ARRAIGNED
Case Year: 2010
Case Sequence: 705261
Case Type: CR
Count: 02
Statute: 20-111(2)
Offense Date: 2010-12-03
Statute: 20-111(2)
Jurisdiction: North Carolina Admin Office of Courts

Source: BGCD

Verified by DOB, Name

RECORD LOCATED: CHATHAM COUNTY
PLEASE NOTE MIDDLE NAME FOUND ON FILE
ADDRESS ON FILE: 1544 HOLBROOK CT ALBEMARLE NC 28001

**Case # 15CR-702974** File Date: 6/23/2015 Disposition Date: Pending
File Name: HARTER,ETHAN,BROOKS

## Count : SPEEDING 074/55

- Degree of Offense: TRAFFIC
- Disposition: PLEA NONE / NO VERDICT
- Disposition Date: PENDING
- File Date: 6/23/2015
- Jail Time: -
- Offense Date: 6/23/2015 12:00:00 AM

Notes: PROCESS TYPE: CITATION
Court Type: CR
Citation Number: 05851F7
Trial Date: 20150806
Trial Session: AM
Trial Court Room: DC2A
Charged Offense: T.SPEEDING 074/55 20-141(J1)
Complainant: HARRELSON,J,N
Agency: SHP
Issued Date: 20150623
Served Date: 20150623
Defendant Continuances: 00
State Continuances: 00

```
Defendant Continuances: 00
Judge Continuances: 00
Restitution: $
Highway Area Code: 03
Accident Code: N
Highway Number: US64
Vehicle License: BST9585
Commercial Drivers License: N
Commercial Motor Vehicle: N
Hazardous Material: N
Troop Code: D1
Vehicle State: TX
Vehicle Type: P
Domestic Violence Conviction Flag: N
```

Source: NC

Verified by DOB, Name

RECORD LOCATED: MONTGOMERY COUNTY
PLEASE NOTE MIDDLE NAME FOUND ON FILE
ADDRESS ON FILE: 1544 HOLBROOK CT ALBEMARLE NC 28001

Case # 11CR 700487 File Date: 3/11/2011 Disposition Date: 7/28/2011
File Name: HARTER,ETHAN,B

### Count : IMPROPER EQUIP - SPEEDOMETER

- Degree of Offense: I
- Disposition: PLEA RESPONSIBLE TO LESSER / RESPONSIBLE
- Disposition Date: 7/28/2011
- File Date: 3/11/2011
- Jail Time: -
- Fines: $50.00
- Court Costs: $170.00
- Offense Date: 3/10/2011 12:00:00 AM

```
Notes: PROCESS TYPE: CITATION
METHOD OF DISPOSITION: JUDGE (Trial by judge or guilty plea before judge at district court level, guilty plea at superior court level)
Court Type: CR
Citation Number: 47017E8
Trial Date: 20110728
Trial Session: AM
DefensevAttorney: ATKINSON,CARL,W,JR.
Defense Attorney Type: R
Charged Offense: T SPEEDING 075/55 20-141(J1)
Complainant: RICHARDSON,S,S
Agency: SHP
Issued Date: 20110310
Served Date: 20110310
Defendant Continuances: 02
State Continuances: 00
Defendant Continuances: 02
Judge Continuances: 00
Restitution: $
Judge: DWC
Monies Paid: YES
Highway Area Code: 05
Accident Code: N
Highway Number: NC24
Vehicle License: ZYM5723
Commercial Drivers License: N
Commercial Motor Vehicle: N
Hazardous Material: N
Troop Code: E2
Vehicle State: NC
```

Vehicle Type: P
Domestic Violence Conviction Flag: N

Source: NC

REALPAGE 00085