# EXHIBIT A-6



