# EXHIBIT A-7



## Outbound Email Message

**Email Message Detail**

| | |
|---|---|
| Parent Case | SF02726589 |
| Message Date | 7/13/2015 1:59 PM |
| Created By | REDACTED, 7/13/2015 1:59 PM |
| Status | Sent |
| Modified By | REDACTED, 7/13/2015 1:59 PM |

**Address Information**

| | |
|---|---|
| From Address | consumer.dispute@realpage.com |
| From Name | Consumer Dispute |
| To Address | livehelios@greystar.com |
| CC Address | |
| BCC Address | REDACTED |

**Email Information**

Subject: Ethan Arter – Realpage Consumer Dispute Reinvestigation Results [ ref:_00D00heZB._50000BcgRC:ref ]

HTML Body: Click here to view HTML version

Text Body:

Recently, RealPage received a Consumer Dispute from applicant Ethan Arter. Today we are emailing, Helios, to inform of the following reinvestigation results:

The criminal section of the report provided to you regarding Ethan Arter on 7/11/2015 was derived from public records from the North Carolina courts. Based upon our investigation, we have determined that the record should be removed from the consumer's file.

We have added an activity note in OneSite. PLEASE do not rerun the applicant's screening, instead please contact your corporate office or regional manager for a further review of this application.

Thank you,

The Consumer Disputes Team
Leasing Desk Operations
4000 International Parkway
Carrollton, Texas 75007
866-934-1124

ref:_00D00heZB._50000BcgRC:ref



EXHIBIT A-7