# EXHIBIT A-9

**Criminal and Jurisdiction Disclosures for Helios:**

**Jurisdiction Disclosure:**

| Jurisdiction | Description |
|---|---|
| North Carolina Courts | Begin Date: undefined  End Date: undefined<br>The data is comprised of current and historical felony and misdemeanor information from the North Carolina Administrative Office of Courts. Some Traffic records are included. These records date back at least seven years. Data is updated daily. |

**Criminal Disclosure:**

Criminal report - Important information RealPage, Inc. obtains the information contained in this criminal background report from independent public records collection services and not from any national credit bureau. Thus, the information in this report does not come from the subject's credit bureau file.

It is extremely important that you understand the inherent limitations of the public records upon which this report is based. Reporting agencies do not report in a uniform manner, so there will be important differences from agency to agency. In some jurisdictions, only three or fewer years of data may be available, while in others seven years or more of data may be covered. For various reasons, these records may not be complete, accurate and/or current. Thus, an individual may have been convicted of a crime that does not appear in the public records upon which this report is based. In addition, it is important to understand that this report was generated by a computer matching both the name and date of birth which means a record is not returned if the date of birth is missing. This report searches jurisdictions based on the location of the apartment community the input address of the applicant, previous addresses returned by the credit bureau, and any manually selected search requested by the user. Social Security numbers generally do not appear in the public records and cannot be used to generate criminal background reports. Thus, you will need to take further steps to assure yourself that the individual identified in this report is the same individual who has applied for residency at your community. In order for you to assure yourself that this report has not produced a 'false positive,' it is important to work with your applicant to confirm or disprove the match of the criminal record. The information contained in this report must be treated in a highly confidential manner as required by the Applicant Screening Agreement. **This report is furnished subject to the Warranty Disclaimer and Damage Limitations set forth in the RealPage standard Applicant Screening Agreement.** Click here to view applicable sections of the OneSite System Applicant Screening Agreement.

There is presently no accessible universal database of criminal records. Thus, the criminal records reported by RealPage, Inc. reflect only the records which have been reported by certain courts or certain other public agencies. The criminal records reported by RealPage, Inc. do NOT reflect all records from all courts or all other public agencies, but from the courts or agencies listed on the report. In addition, in certain cases, some criminal data, such as misdemeanors or cases that have not yet reached a final disposition, may not be included in the records upon which RealPage, Inc. bases its reports. Criminal information may contain traffic violations.

Courts and other reporting agencies issue updated records on various schedules. RealPage, Inc. purchases updated records on a regular basis. However, for various reasons, the records of a particular jurisdiction may not be completely current or completely accurate. For more information on the updating of the records upon which RealPage, Inc. bases its reports, each record displays an effective date of the information in the body of the record (see the Comments field in the above Jurisdictions searched table).

In compliance with California Civil Code 1785.13 (a)(6), RealPage, Inc. excludes from certain consumer reports records of arrest, indictment, information, misdemeanor complaint, or conviction of a crime that, from the date of disposition, release, or parole, antedate the report by more than seven years. These items of information shall no longer be reported if at any time it is learned that in the case of a conviction a full pardon has been granted, or in the case of an arrest, indictment, information, or misdemeanor complaint a conviction did not result.



EXHIBIT A-9

REALPAGE 00380