# EXHIBIT B

```
10/27/2015 09:52 FAX                                                          002/002

           ADDITIONAL SPECIAL CONDITIONS EXIST. PRESS PF4 FOR DETAILS
      610  MONTGOMERY                                              TRIAL DATE: 072811
                CRIMINAL DISPOSITION INQUIRY  11CR 700487      OFFN DATE: 031011
                HARTER,ETHAN,B                 OFFENSE 01    CITA: 47017E8
      ARRN OFFN: 5450     SP: 075  ZONE: 55  D.L.: 33031225  NC   VRA:    DV CH:
      MFTI: T TEXT: SPEEDING                                    GS: 20-141(J1)
      CONV OFFN: 4418    SP:      ZONE:      AC:      CL:    PR PTS:      DV CV: N
      MFTI: I TEXT: IMPROPER EQUIP - SPEEDOMETER                GS: 20-123.2
      PLEA: RL  VER: RS  MOD: JU  DISP DATE: 072811  CONS F/JGMT:
      COST: 170.00 WCC:    FINE: 50.00 REST:         PAID: Y TO-BE-PAID:
      ATTY TYPE: R  JUDGE: DWC  ADA: DCA  90DF:     C&F:         CASH BF:
                     FTA 20DF:         COMPL:        FTC 20DF:        COMPL:
      DL SUSP LEN:    YMD:  ACK DT:     LIC STAT:  ISS DT:      LTD PRV: N
      SENT LEN MIN:   FYMDLPX:  MAX:    YMD:     SENT TYPE:   LDP EFF DT:
      PROB LEN:    YMD:  SUPV?:    INT?:   RSONCO:        GANG REL:  FRM:
      CREDIT FOR TIME SERVED:     DAYS            CONSEC SENT(A/S):
      COMM SVC:      HRS IN:     DAYS ASSMT:    CAB:   CSLR:      CSLRC:
      SPECIAL COND:

                               DLSUSB:          DLSUSE:
           APPEAL TO SUPERIOR:  WD/RM/TD:           TRANS TO SUPERIOR:
                                              ADDL CHARGES:       ADDL JGMT:
      MICROFILM #:                            ADDL CHARGES?:      ADDL JGMT?:
      NEXT #:              PF2-NAME               PF11-EVENTS 10/27/15 09:49:49
```



A TRUE COPY
CLERK OF SUPERIOR COURT
MONTGOMERY COUNTY
BY _____
Assistant Deputy Clerk of Superior Court



EXHIBIT B