# EXHIBIT C

CAUSE NO.380-02885-2015

| | | |
|---|---|---|
| ETHAN BROOKS HARTER, | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| v. | § | 380TH JUDICIAL DISTRICT |
| REALPAGE, INC., | § | |
| Defendant. | § | COLLIN COUNTY, TEXAS |

AFFIDAVIT OF JACQUELINE (JACKIE) LYON

STATE OF FLORIDA

COUNTY OF BROWARD

"My name is Jacqueline (Jackie) Lyon, I am of sound mind, capable of making this affidavit. I am over 18 years of age and I have personal knowledge of the facts stated in this affidavit, and they are true and correct.

1. I am the National Director of Systems Management of FF Properties L.P. ("Fairfield"). One of the multi-family residential units Fairfield operates is Legend Oaks apartments, in Denver, Colorado.

2. The apartment communities managed by Fairfield, including Legend Oaks, use software licensed by FF Properties to receive online lease applications.

3. Attached hereto as Exhibit C-1 is the application submitted by Ethan Harter to Legend Oaks apartments on July 11, 2015, through its online leasing software. Per Fairfield's IT department, this application was electronically signed from the IP address 64.134.28.54.

Affiant: *[signature: Jacqueline Lyon]*

Name Printed: *Jacqueline Lyon*

SEE ATTACHED NOTARY PAGE

Affidavit of Jackie Lyon in Support of Defendant RealPage, Inc.'s Traditional Motion for Summary Judgment     1
(565 0581 Affidavit ___ Legend Oaks (12-21-15 draft) (2) (2))

114 of 137

EXHIBIT C

STATE OF FLORIDA
COUNTY OF BROWARD

The foregoing instrument was acknowledged before me this 23rd day of December 20 15, by _JACQUELINE MARIE LYON_.

(Seal)

MICHAEL SOETENDAL
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE154012
Expires 12/26/2015

Signature of Notary Public

_Michael Soetendal_
Print, Type/Stamp Name of Notary

Personally known: _____
OR Produced Identification: ✓
Type of Identification Produced: L500-433-64-666-0

**Affidavit of Jackie Lyon in Support of Defendant RealPage, Inc.'s Traditional Motion for Summary Judgment** 2
(565 0581 Affidavit ___ Legend Oaks (12-21-15 draft) (2) (2))