# EXHIBIT C-1



**Rental Application for Residents and Occupants
Submitted and Completed Electronically**

*Each co-applicant and each occupant 18 years old and over must submit a separate application. Spouses may submit a single application.*

Date when submitted: **July 11, 2015**

### ABOUT YOU
Full name (exactly as on driver's license or govt. ID card): **Ethan Brooks Harter**
Your street address (as shown on your driver's license or government ID card): ____
Driver's license # and state: **33031225 NC**
OR govt. photo ID card #: ____
Former last names (maiden and married): ____
Your Social Security #: **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**
Birthdate: **08/22/1992**   Height: ____   Weight: ____
Sex: **M**   Eye color: ____
Marital Status: ☐ single ☐ married ☐ divorced ☐ widowed ☐ separated
Are you a U.S. citizen? ☒ Yes ☐ No   Do you or any occupant smoke? ☐ Yes ☒ No
Will you or any occupant have an animal? ☐ Yes ☒ No
Kind, weight, breed, age: ____

Current home address (where you now live): **510 Hillsborough Rd**
City/State/Zip: **Carrboro, NC 27510**
Home/cell phone: **(805) 798-7191**   Current rent: $ **575.00**
Email address: **ethanbharter@gmail.com**
Name of apartment where you now live: ____
Current owner or manager's name: ____
Their phone: ____   Date moved in: **08/01/2014**
Why are you leaving your current residence? **Moving to start school at du**

Your previous home address: ____
City/State/Zip: ____
Apartment name: ____
Name of above owner or manager: ____
Their phone: ____   Previous monthly rent: $ ____
Date you moved in: ____   Date you moved out: ____

### YOUR WORK
Present employer: **University Of Denver**
Address: **2255 E Evans Ave**
City/State/Zip: **Denver, CO 80210**
Workphone: **(000) 000-0000**
Position: **Not Assigned Position Yet**
Your gross annual income is over: $ **4800.00**
Date you began this job: **08/12/2015**
Supervisor's name and phone: **N/a (start Job In Au (000)**

Previous employer: ____
Address: ____
City/State/Zip: ____
Workphone: ____
Position: ____
Gross annual income was over: $ ____
Dates you began and ended this job: ____
Previous supervisor's name and phone: ____

### YOUR CREDIT HISTORY
Your bank's name, city, state: ____
List major credit cards: ____
Other non-work income you want considered. Please explain: ____
Past credit problems you want to explain. (Use separate page.) ____

### WHY YOU APPLIED HERE
Were you referred? ☐ Yes ☐ No
If yes, by whom: ____
Name of locator or rental agency: ____
Name of individual locator or agent: ____
Name of friend or other person: ____
Did you find us on your own? ☐ Yes ☐ No ☒ If yes, fill in information below:
☐ On the Internet ☐ Stopped by ☐ Newspaper (name): ____
☐ Rental publication: ____
☐ Other: **ForRent.com**

### YOUR RENTAL/CRIMINAL HISTORY
*Check only if applicable.* Have you, your spouse, or any occupant listed in this Application ever: ☐ been evicted or asked to move out? ☐ moved out of a apartment before the end of the Lease term without the owner's consent? ☐ declared bankruptcy? ☐ been sued for rent? ☐ been sued for property damage? ☐ been charged, detained, or arrested for a felony, misdemeanor involving a controlled substance, violence to another person or destruction of property, or a sex crime that was resolved by conviction, probation, deferred adjudication, court ordered community supervision, or pretrial diversion? ☐ been charged, detained, or arrested for a felony, misdemeanor involving a controlled substance, violence to another person or destruction of property, or a sex crime that has not been resolved by any method? Please indicate below the year, location and type of each felony, misdemeanor involving a controlled substance, violence to another person or destruction of property, or sex crime other than those resolved by dismissal or acquittal. We may need to discuss more facts before making a decision. You represent the answer is "no" to any item not checked above. ____

### YOUR SPOUSE
Full name: ____
Former last names (maiden and married): ____
Spouse's Social Security #: ____
Driver's license # and state: ____
OR govt. photo ID card #: ____
Birthdate: ____   Height: ____   Weight: ____
Sex: ____   Eye color: ____
Are you a U.S. citizen? ☐ Yes ☐ No
Present employer: ____
Address: ____
City/State/Zip: ____
Workphone: ____
Position: ____
Date began job: ____   Gross annual income is over: $ ____
Supervisor's name and phone: ____

### OTHER OCCUPANTS
*Names of all persons under 18 and other adults who will occupy the unit without signing the Lease. Continue on separate page if more than three.*
Name: ____   Relationship: ____
Sex: ____   DL or govt. ID card # ____   & State: ____
Birthdate: ____   Social Security #: ____
Name: ____   Relationship: ____
Sex: ____   DL or govt. ID card # ____   & State: ____
Birthdate: ____   Social Security #: ____
Name: ____   Relationship: ____
Sex: ____   DL or govt. ID card # ____   & State: ____
Birthdate: ____   Social Security #: ____

### YOUR VEHICLES
*List all vehicles owned or operated by you, your spouse, or any occupants (including cars, trucks, motorcycles, trailers, etc.). Continue on separate page if more than three.*
Make and color of vehicle: **Chevy Silver**
Year: **2012**   License #: **BST9585**   State: **TX**
Make and color of vehicle: ____
Year: ____   License #: ____   State: ____
Make and color of vehicle: ____
Year: ____   License #: ____   State: ____

### EMERGENCY
*Emergency contact person over 18, who will not be living with you:*
Name: **Kenneth Harter**
Address: **1620 E Beltline Rd**
City/State/Zip: **Carrollton, TX 75006**
Workphone: **(805) 798-4451**   Homephone: **(805) 798-4451**
Relationship: **Father (guarantor)**

### AUTHORIZATION
I or we authorize (owner's name) **Fairfield Legend Oaks LLC** to obtain reports from any consumer or criminal record reporting agencies before, during, and after tenancy on matters relating to a lease by the above owner to me and to verify, by all available means, the information in this application, including criminal background information, income history and other information reported by employer(s) to any state employment security agency. Work history information may be used only for this Rental Application. Authority to obtain work history information expires 365 days from the date of this Application.
Applicant's signature: *Ethan Harter*  ☒ Electronic Signature
Spouse's signature: ____
*Applicant must also sign on the next page of this Application.*



EXHIBIT C-1

## Application Agreement

1. **Lease Contract Information.** The Lease Contract contemplated by the parties is attached—or, if no Lease Contract is attached, the Lease Contract will be the current Lease Contract. Special information and conditions must be explicitly noted on an attached Lease Contract or in the Contemplated Lease Information.
2. **Application Fee (nonrefundable).** You have delivered to our representative an application fee in the amount indicated below, and this payment partially defrays the cost of administrative paperwork. *It's nonrefundable.*
3. **Application Deposit (may or may not be refundable).** In addition to any application fee, you have delivered to our representative an application deposit in the amount indicated below. *The application deposit is not a security deposit.* However, it will be credited toward the required security deposit when the Lease Contract has been signed by all parties; OR it will be refunded under paragraph 10 if you are not approved; OR it will be retained by us as liquidated damages if you fail to sign or attempt to withdraw under paragraph 6 or 7.
4. **Approval When Lease Contract Is Signed in Advance.** If you and all co-applicants have already signed the Lease Contract when we approve the Application, our representative will notify you (or one of you if there are co-applicants) of our approval, sign the Lease Contract, and then credit the application deposit of all applicants toward the required security deposit.
5. **Approval When Lease Contract Isn't Yet Signed.** If you and all co-applicants have not signed the Lease Contract when we approve the Application, our representative will notify you (or one of you if there are co-applicants) of the approval, sign the Lease Contract when you and all co-applicants have signed, and then credit the application deposit of all applicants toward the required security deposit.
6. **If You Fail to Sign Lease Contract After Approval.** Unless we authorize otherwise in writing, you and all co-applicants must sign the Lease Contract within 3 days after we give you our approval in person or by telephone or within 5 days after we mail you our approval. *If you or any co-applicant fails to sign as required, we may keep the application deposit as liquidated damages, and terminate all further obligations under this Agreement.*
7. **If You Withdraw Before Approval.** You and any co-applicants may not withdraw your Application or the application deposit. *If you or any co-applicant withdraws an Application or notifies us that you've changed your mind about renting the apartment, we'll be entitled to retain all application deposits as liquidated damages, and the parties will then have no further obligation to each other.*
8. **Completed Application.** An Application will not be considered "completed" and will not be processed until all of the following have been provided to us *(unless checked)*: ☒ a separate Application has been fully filled out and signed by you and each co-applicant; ☒ an application fee has been paid to us; ☒ an application deposit has been paid to us. *If no item is checked, all are necessary for the Application to be considered completed.*
9. **Nonapproval.** We will notify you whether you've been approved within 10 days after the date we receive a completed Application. Your Application will be considered "disapproved" if we fail to notify you of your approval within 10 days after we have received a completed Application. Notification may be in person or by mail or telephone unless you have requested that notification be by mail. You must not assume approval until you receive actual notice of approval. The 10-day time period may be changed only by separate written agreement.
10. **Refund after Nonapproval.** If you or any co-applicant is disapproved or deemed disapproved under paragraph 9, we'll refund all application deposits within 30 days of such disapproval. Refund checks may be made payable to all co-applicants and mailed to one applicant. The 10-day time period may be changed only by separate written agreement.
11. **Extension of Deadlines.** If the deadline for signing, approving, or refunding under paragraphs 6, 9, or 10 falls on a Saturday, Sunday, or a state or federal holiday, the deadline will be extended to the end of the next day.
12. **Notice to or from Co-applicants.** Any notice we give you or your co-applicant is considered notice to all co-applicants; and any notice from you or your co-applicant is considered notice from all co-applicants.
13. **Keys or Access Devices.** We'll furnish keys and/or access devices only after: (1) all parties have signed the contemplated Lease Contract and other rental documents referred to in the Lease Contract; and (2) all applicable rents and security deposits have been paid in full.
14. **Receipt.** Application fee (nonrefundable): $ _____
    Application deposit (may or may not be refundable): $ _____
    Other move-in fees (may or may not be refundable): $ _____
    Total of above application fee and application deposit: $ _____
    Total amount of money we've received to this date: $ _____
15. **Signature.** Our representative's signature is consent only to the above application agreement. It does not bind us to accept applicant or to sign the proposed Lease Contract.

**Acknowledgment.** You declare that all your statements in this Application are true and complete. You authorize us to verify same through any means. If you fail to answer any question or give false information, we may reject the application, retain all application fees and deposits as liquidated damages for our time and expense, and terminate your right of occupancy. Giving false information is a serious criminal offense. In lawsuits relating to the application or Lease Contract, the prevailing party may recover all attorney's fees and litigation costs from the losing party. We may at any time furnish information to consumer reporting agencies and other rental housing owners regarding your performance of your legal obligations, including both favorable and unfavorable information about your compliance with the Lease Contract, the rules, and financial obligations.

If you're seriously ill or injured, what doctor may we notify? *(We are not responsible for providing medical information to doctors or emergency personnel.)*
Doctor's name: _____  Doctor's phone: ( _____ )
Important medical information about you in an emergency: _____

## Contemplated Lease Contract Information
*To be filled in only if the Lease Contract is not signed by Resident(s) at time of application for rental.*

The National Apartment Association Lease Contract to be used must be the latest version published by the association unless an earlier version is initialed by Resident(s) and attached to this Application. The blanks in the Lease Contract will contain the following information:

- Names of all Residents who will sign Lease Contract _____ ;
- Name of Owner/Lessor **Fairfield Legend Oaks LLC** ;
- Property name and type of apartment *(bedrooms and baths)* **Legend Oaks** ;
- Complete street address **1250 South Dayton Court**
  City/State/Zip **Denver, CO 80247** ;
- Names of all other occupants not signing Lease Contract *(persons under age 18, relatives, friends, etc.)* _____ ;
- Total number of Residents and occupants _____ ;
- Beginning date and ending date of Lease Contract _____ ;
- Total security deposit $ _____ ; Animal deposit $ **0.00** ;
- Other fees $ _____ ;
- Total monthly rent for apartment $ _____ ;
- Rent to be paid at *(check one)* ☐ on-site manager's office or ☐ at _____

- Prorated rent of $ _____ ;
- Monthly rental due date _____ ;
- Late charges due if rent is not paid on or before the **3** ;
- Initial late charge $ **95.00** ; Daily late charge $ **0.00** ;
- Returned-check charge $ **25.00** ;
- *(Check one):* ☐ furnished ☒ unfurnished;
- Utilities paid by owner *(check all that apply)*: ☐ electricity, ☐ gas, ☐ water, ☐ wastewater, ☐ trash, ☐ cable TV, ☐ master TV antenna;
- You are *(check one)*: ☒ required to purchase personal liability insurance or ☐ not required to purchase personal liability insurance;
- Agreed reletting charge $ _____ ;
- or liquidated damages $ _____ ;
- Special provisions regarding parking, storage, etc. (see attached page, if necessary): **Contemplated lease contract purposely left blank. Signed Offer to Rent supersedes any information added to this section.**

Applicant's Signature: _____  Date: _____
Signature of Spouse: _____  Date: _____
Signature of Owner's Representative: _____  Date: _____

---

**FOR OFFICE USE ONLY**
1. Apt. name or apartment address (street, city): **Fairfield Legend Oaks LLC**
   Unit # or type: _____
2. Person accepting application: _____  Phone: ( _____ )
3. Person processing application: _____  Phone: ( _____ )
4. Date that applicant or co-applicant was notified by ☐ telephone, ☐ letter, or ☐ in person of ☐ acceptance or ☐ non acceptance: _____
   (Deadline for applicant and all co-applicants to sign lease is three days after notification of acceptance in person or by telephone, five days if by mail.)
5. Name of person(s) who were notified (at least one applicant must be notified if multiple applicants): _____
6. Name of owner's representative who notified above person(s): _____

Legend Oaks                                                                 12212015071402CO11122056



**APPLICATION FEE AND PAYMENT METHOD**

Credit card type: _____

Credit card number: _____

Exp. date (MM/YY): _____

Name as it appears on card: _____

Billing address: _____

City/State/Zip: _____

The card will be charged a total amount of $ _____ when the application is processed.