# EXHIBIT D

CAUSE NO.380-02885-2015

| | | |
|---|---|---|
| ETHAN BROOKS HARTER, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | 380TH JUDICIAL DISTRICT |
| | § | |
| REALPAGE, INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | COLLIN COUNTY, TEXAS |

**AFFIDAVIT OF STEFANIE MARKHAM IN SUPPORT OF DEFENDANT
REALPAGE INC.'S TRADITIONAL MOTION FOR SUMMARY JUDGMENT**

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF DENTON | § |

Before me, the undersigned authority, personally appeared Stefanie Markham, who, being by me duly sworn, deposed as follows:

1.      "My name is Stefanie Markham, I am of sound mind, capable of making this affidavit. I am over 18 years of age and I have personal knowledge of the facts stated in this affidavit, and they are true and correct.

2.      I am employed by RealPage as its Product Manager of OneSite Document Management, and I served in this capacity since December 2012. I am personally familiar with the business and standard practices of OneSite Document Management.

3.      Attached hereto as Exhibit D-1 is the application submitted by Ethan Harter to Helios apartments on July 14, 2015 through RealPage's Online Leasing software and electronically signed from the IP address 192.168.31.13.

4.      Exhibit D-2 constitutes the screenshots from site ID 3530342 Helios for Ethan B. Harter. These documents are included as part of the signed lease packet for Mr. Harter. The last screenshot contains the IP address for the eSignature for the Online Leasing Application derived from the Online Leasing portal.

5.      Attached hereto as Exhibit D-3 is a screen shot from the OneSite Document Management system confirming that Ethan Harter signed a lease with and moved into the Helios apartments in July 2015.

Affidavit of Stefanie Markham in Support of RealPage's Traditional Motion for Summary Judgment                1
565 0581 Affidavit- Markham (final)

121 of 137

EXHIBIT

tabbies

D

AFFIANT FUURTHER SAYETH NOT.

Stefanie Markham

SWORN TO and SUBSCRIBED before me by Stefanie Markham on December 17, 2015.

Notary Public in and for
The State of Texas

LEANNA L. HONEYCUTT
MY COMMISSION EXPIRES
November 5, 2019

(seal)

My commission expires: 11/5/19

Affidavit of Stefanie Markham in Support of RealPage's Traditional Motion for Summary Judgment                    2
565 0581 Affidavit- Markham (final)

122 of 137