# EXHIBIT D-2



EXHIBIT

D - 2

2

REALPAGE 00098



3

REALPAGE 00099



4

REALPAGE 00100



View signature - Online Leasing Application - Ethan I   101.070.005.040

| | |
|---|---|
| User ID | z |
| Name | Ethan Harter |
| Status | Head of household |
| Signature ID | 0c3fa901-e1f4-4189-8d43-3e35b5801308 |
| IP address | 192.168.34.13 |
| Date/Time | 7/14/2015 8:59 AM |
| URL | https://property.onesite.realpage.com/o!Z/(S(yr43eb45x12k2kbhj3z3ya2n))/sites/cms1/secure/AcceptLeaseApr siteId=3530342 |

Close

REALPAGE 00101