# EXHIBIT D-3





136 of 137

REALPAGE 00128



REALPAGE 00129