# EXHIBIT 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| ETHAN BROOKS HARTER | § | |
| v. | § | Civil Action 4:16-CV-100 |
| REALPAGE, Inc. | § | Judge Mazzant |

.

ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Came on for consideration the Motion for Summary Judgment filed by Defendant REALPAGE, INC.

    Upon review of the Motion and the response thereto, the Court finds that there are material issues of fact.

    IT IS THEREFORE ORDERED that the Motion for Summary Judgment be and is in all things hereby DENIED.