# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ETHAN BROOKS HARTER | § | |
| | § | |
| v. | § | CASE NO. 4:16-CV-100 |
| | § | Judge Mazzant |
| REALPAGE, INC. | § | |

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order entered on this date, it is **CONSIDERED, ORDERED, AND ADJUDGED** that Plaintiff Ethan Brooks Harter take nothing on all claims asserted against Defendant RealPage, Inc., and this case is hereby **DISMISSED** with prejudice.

All relief not previously granted is hereby **DENIED**.

**IT IS SO ORDERED**.
 **SIGNED this 3rd day of November, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE